IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL J. ALLEN,

    Plaintiff,

v.

KATHLEEN A. SEYMER and
LEE M. VOGEL,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-538-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case without prejudice for plaintiff's failure to prosecute.

By: _____, Chief Deputy Clerk     10-26-09
    Peter Oppeneer, Clerk of Court                Date